EDWARD ELSWORTH, Surviving Executor, etc., Respondent, *v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Appellant.

(Argued February 11, 1885 ; decided March 3, 1885.)
19 wra Dig 2 11 affirmed
*W. D. Shipman* for appellant.

*DuBois Smith* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.